UNITED STATES OF AMERICA
DISTRICT COURT OF RHODE ISLAND

United States of America

V.  Case no: 14-cr-00016-WES

Philip DeBartolo

## DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE DUE TO THE COVID-19 PANDEMIC

Now comes the defendant in the above captioned matter with a motion to release him from custody due to "extraordinary and compelling reasons" in accordance with with 18 U.S.C. 3582 (c)(1)(A)(i). As grounds for this motion, the defendant states that he has chronic medical problems which make him more susceptible to the harmful effects of the novel coronavirus and the associated COVID-19 disease as described and argued more fully in the attached memorandum of law.

WHEREFORE, the defendant requests the Court modify his sentence to time served and release him to supervised release or home confinement.

Respectfully submitted,
Philip DeBartolo
By his attorney,

/s/ Jason Knight

Jason Knight, Bar # 7329
1 Turks Head Place Suite 1440
Providence RI 02903
(401) 865-6075
Jason.knight@jasonknightlaw.com
Date: May 29, 2020

## CERTIFICATION

I certify that on May 29, 2020, I served the above document on AUSA Milind Shaw via the Court's Case Management/Electronic Case Files (CM/ECF) system.

/s/ Jason Knight